IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MATTHEW NESBITT,

      Appellant,

 v.

Case No.  5D23-777
LT Case No. 2017-CF-001004

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 25, 2023

3.800 Appeal from the Circuit Court
for Flagler County,
Terence R. Perkins, Judge.

Matthew Nesbitt, Daytona Beach, pro
se.

Ashley Moody, Attorney General,
Tallahassee, and  Deborah  A.  Chance,
Assistant  Attorney  General,  Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., MAKAR and JAY, JJ., concur.